

NEW YORK   PENNSYLVANIA   NEW JERSEY   DELAWARE

EDWARD A. GREENBERG
T. 215 836 1880
F. 215 836 2845
EGREENBERG@WARDGREENBERG.COM

August 20, 2020

**VIA CM/ECF**

Honorable Pamela K. Chen
United States District Court Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

 *Re:* *Argonaut Insurance Company v. Manetta Enterprises, Inc.*
   *EDNY Case No. 1:19-cv-00482-PKC-RLM*
   *Video-Conference Trial:  August 24, 2020*

Dear Judge Chen,

I represent plaintiff Argonaut Insurance Company.

This matter is scheduled for a video-conference trial starting on August 24, 2020.  I write for clarification of the start time and confirmation that the WebEx link used for the final pretrial conference on August 5 will be used for the trial.

Thank you for your consideration.

Very truly yours,

*[signature]*

Edward A. Greenberg

EAG/mm

cc: *(via email)*
   Andrea Marcus, Esquire